UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH KOPROWSKI,

                Plaintiff,

– against –

LONG ISLAND RAILROAD COMPANY,

                Defendant.

**ORDER**

15 Civ. 5984 (ER)

Ramos, D.J.:

    On November 6, 2020, the Court instructed the parties to submit a joint status report by no later than November 20, 2020.  Doc. 9.  No joint status report has been submitted as of the date of this Order.

    The parties are therefore instructed to submit a joint status report by no later than December 1, 2020.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   November 23, 2020
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.